UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMAL J. ELLIS,<br><br>                Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, D HOLBROOK, B WARNER, S SINCLAIR, PUBLICATION REVIEW COMMITTEE,<br><br>                Defendants. | No. 3:15-CV-5518-RBL-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge ~~Karen~~ David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is **DENIED.** Plaintiff is directed to pay the $400.00 filing fee within **thirty (30) days** of this Order.

    (3)    The Clerk is directed to provide copies of this Order to Plaintiff.

**DATED** this 10 day of September, 2015.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1