HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMAL J. ELLIS,<br><br>                Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS; D HOLBROOK; B WARNER; S SINCLAIR; PUBLICATION REVIEW COMMITTEE,<br><br>                Defendants. | CASE NO. C15-5518RBL<br><br>ORDER |

The Court adopted the Report and Recommendation denying Plaintiff's application to proceed *in forma pauperis*. Plaintiff was directed to pay the filing fee within 30 days of the date of that Order, otherwise this action would be dismissed. Thirty days have passed since the Order Adopting the Report and Recommendation was entered on September 10, 2015, and the filing fee has not been paid. ACCORDINGLY, **IT IS ORDERED** that this cause of action is **DISMISSED.**

Dated this 21st day of October, 2015.

Ronald B. Leighton
United States District Judge

ORDER - 1